IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-30055 |
| | ) | |
| GABRIEL FOLKS, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

SUE E. MYERSCOUGH, United States District Judge.

Defendant has filed a Motion Requesting Preservation of Rights (Motion) (d/e 85). The Motion cites several recent Supreme Court cases including Missouri v. Frye, 132 S. Ct. 1399, 182 L. Ed. 2d 379 (2012), Lafler v. Cooper, 132 S. Ct. 1376, 182 L. Ed. 2d 398 (2012), and Bond v. United States, 131 S. Ct. 2355, 180 L. Ed. 2d 269 (2011), but does not set forth or make any argument regarding which rights he wants to preserve. Defendant only cites Dodd v. United States, 545 U.S. 353, 125 S. Ct. 2478, 162 L. Ed. 2d 343 (2005), and states the following:

> [T]he Supreme Court held, with respect to 28 U.S.C. § 2255's provision that, § 2255's one year limitation period for a

federal prisoner's motion for relief from a sentence on the basis of a right newly recognized by the Court starts on the date on which the right asserted was initially recognized by the Court, if that right has been newly recognized and made retroactively applicable to cases on collateral review. This right is therefore recognized when the United States Supreme Court recognizes that right, rather than when the right is made retroactive.

Defendant then "respectfully request[s] that this Court allow him to preserve those right's as noted above."

The Motion doesn't ask for any relief, let alone any relief that this Court can give Defendant. Therefore, the Motion is DENIED.

To the extent Defendant is considering filing a petition under § 2255, the Court notes Defendant has already filed a § 2255 petition, which was denied. If Defendant desires to file a second or successive petition under § 2255, it must be certified by the Seventh Circuit as provided in § 2244. See 28 U.S.C. § 2255(h).

ENTERED: June 25, 2012

FOR THE COURT:

                                      s/Sue E. Myerscough
                                      SUE E. MYERSCOUGH
                              UNITED STATE DISTRICT JUDGE